65   301
135   403

65   301
156 ·  95
47a  473

# HOMER E. AYLESWORTH

*v.*

# THE PEOPLE OF THE STATE OF ILLINOIS.

1. INDICTMENT—*record must show that it was returned into court, and a plea, to sustain a conviction.* Where the record fails to show that the indictment was ever returned into court by any grand jury, or that the defendant was ever arraigned upon, or pleaded to it, a conviction can not be sustained; without a plea there is nothing to try.

WRIT OF ERROR to the Circuit Court of Warren county; the Hon. ARTHUR A. SMITH, Judge, presiding.

Messrs. STEWART & PHELPS, for the plaintiff in error.

Mr. WASHINGTON BUSHNELL, Attorney General, and Mr. ALFRED ROWE, for the People.

Mr. JUSTICE MCALLISTER delivered the opinion of the Court :

This was an indictment, in the Warren circuit court, for selling liquor without a license, and verdict of guilty, and fine imposed. The defendant brings the record to this court by writ of error.

The record purports to contain an indictment against plaintiff in error, but it wholly fails to show that such indictment was ever presented in court by any grand jury, or that plaintiff in error was ever arraigned upon or pleaded to it. The record must show that the indictment was returned into open court. *Gardner* v. *The People,* 20 Ill. 430; *Sattler* v. *The People,* 59 ib. 68.

The record should also show that the plea of not guilty was entered. Without it there is nothing for the jury to try. *Johnson et al.* v. *The People,* 22 Ill. 314.

The judgment of the court below must be reversed and the cause remanded.

*Judgment reversed.*